FILED
FEB 22 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIRACLE DENISAH ARELLANO (2),<br><br>Defendant. | Case No.: 23-cr-2482-TWR<br><br>**ORDER AND JUDGMENT OF DISMISSAL WITHOUT PREJUDICE** |

Upon the motion of the United States, and good cause appearing,

IT IS HEREBY ORDERED that the United States' motion is granted and the Information against Defendant Miracle Denisah Arellano in this case is dismissed without prejudice pursuant to Fed. R. Crim. P. 48(a).

SO ORDERED AND ADJUDGED.

DATED: 2/22/24

_____
THE HONORABLE TODD W. ROBINSON
UNITED STATES DISTRICT JUDGE